**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: DOREEN STOIA | : | CHAPTER 13 | HEARING: 6/26/18 |
| | : | | TIME:   11:00am |
| | : | | COURTROOM #5 |
| | : | | 900 Market Street, |
| | : | | Phila, PA |
| | : | | |
| DEBTOR | : | Bankruptcy No. 17-14385AMC | |

### NOTICE OF OBJECTION TO CLAIM #8-1 OF PORTFOLIO RECOVERY ASSOCIATES, LLC AND HEARING DATE

The Debtor, DOREEN STOIA, has filed an objection to the proof of claim you filed in this case.

<u>Your claim may be reduced, modified, or eliminated</u>.  You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult an attorney.)

1.   **<u>Your rights may by affected</u>**.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)

2.   **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider you views on the motion, then on or before **May 23, 2018 you or your attorney must file a response to the Motion**.(see Instructions on next page)

3.   A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan on June 26, 2018 at 11:00 a.m. in Courtroom #5, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19106.

4.   If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

5.   You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

6.   If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the

attorney whose name and address is listed on the next page of this Notice.

## Filing Instructions

    7.  **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1**, you must file your response electronically.

    8.  **If you are not required to file electronically**, you must file your response at:
              Robert N.C. Nix, Sr. Federal Courthouse
              Clerk's office
              900 Market Street
              4th Floor
              Philadelphia, PA 19107

    9.  **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

    10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

              Zachary Perlick, Esquire
              1420 Walnut Street, Suite 718
              Philadelphia, PA 19102
              (215) 569-2922 phone
              (215) 569-1444 fax
              Perlick@verizon.net


Date: 5/8/18