```
                IN THE UNITED STATES BANKRUPTCY COURT
                FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DOREEN STOIA            :     CHAPTER 13
                               :
                               :
       DEBTOR                  :     Bankruptcy No. 17-14385AMC
```

## ORDER

AND NOW, this 26th day of June, 2018, after consideration of Debtor's Objection to the Proof of Claim filed by BANK OF AMERICA, N.A., and after notice and opportunity to be heard, it is hereby

ORDERED that the Proof of Claim filed by BANK OF AMERICA, N.A. is disallowed as filed, and ORDERED that the claim is disallowed.

_____
THE HONORABLE ASHELY M. CHAN

```
service list:
Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA 19102

William C. Miller, Esquire
1234 Market Street
Suite 1813
Philadelphia, PA 19107

BANK OF AMERICA, N.A.
Danette Murrell
AVP, Bankruptcy Specialist II
16001 N. Dallas Parkway
Addison, TX 75001

DOREEN STOIA
3631 Nancy Ward Ct.
Doylestown, PA 18902
```