IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DOREEN STOIA | : | CHAPTER 13 |
| | : | |
| | : | |
| DEBTOR | : | Bankruptcy No. 17-14385AMC |

## ORDER

AND NOW, this 26th day of June, 2018, after consideration of Debtor's Objection to the Proof of Claim filed by PORTFOLIO RECOVERY ASSOCIATES, LLC, and after notice and opportunity to be heard, it is hereby

ORDERED that the Proof of Claim filed by PORTFOLIO RECOVERY ASSOCIATES, LLC is disallowed as filed, and ORDERED that the claim is disallowed.

_____
THE HONORABLE ASHELY M. CHAN

service list:
Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA 19102

William C. Miller, Esquire
1234 Market Street
Suite 1813
Philadelphia, PA 19107

PORTFOLIO RECOVERY ASSOCIATES, LLC
Danielle Dotson, Bankruptcy Representative
PRA Receivables Management, LLC
PO Box 41067
Norfolk, VA 23541

DOREEN STOIA
3631 Nancy Ward Ct.
Doylestown, PA 18902