United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-14385-amc
Doreen Stoia                                                            Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi    Page 1 of 1    Date Rcvd: Jun 26, 2018
               Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2018.
db          +Doreen Stoia,    3631 Nancy Ward Ct.,    Doylestown, PA 18902-9041
            +Bank of America NA,    Danette Murrell,    AVP, Bankruptcy Specialist II,    16001 N. Dallas Pkwy,
              Addison, TX 75001-3311

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2018 at the address(es) listed below:
      JEROME B. BLANK    on behalf of Creditor    The Bank Of New York Mellon et al paeb@fedphe.com
      JOSEPH ANGEO DESSOYE    on behalf of Creditor    The Bank Of New York Mellon et al paeb@fedphe.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
      THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
 bkgroup@kmllawgroup.com
      THOMAS YOUNG.HAE SONG    on behalf of Creditor    The Bank Of New York Mellon et al paeb@fedphe.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
      ZACHARY PERLICK    on behalf of Debtor Doreen  Stoia Perlick@verizon.net,   pireland1@verizon.net
                                                                                                                  TOTAL: 8

```
           IN THE UNITED STATES BANKRUPTCY COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DOREEN STOIA           :    CHAPTER 13
                              :
                              :
       DEBTOR                 :    Bankruptcy No. 17-14385AMC
```

## ORDER

AND NOW, this 26th day of June, 2018, after consideration of Debtor's Objection to the Proof of Claim filed by BANK OF AMERICA, N.A., and after notice and opportunity to be heard, it is hereby

ORDERED that the Proof of Claim filed by BANK OF AMERICA, N.A. is disallowed as filed, and ORDERED that the claim is disallowed.

_____
THE HONORABLE ASHELY M. CHAN

service list:
Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA 19102

William C. Miller, Esquire
1234 Market Street
Suite 1813
Philadelphia, PA 19107

BANK OF AMERICA, N.A.
Danette Murrell
AVP, Bankruptcy Specialist II
16001 N. Dallas Parkway
Addison, TX 75001

DOREEN STOIA
3631 Nancy Ward Ct.
Doylestown, PA 18902