United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Doreen Stoia  
      Debtor

Case No. 17-14385-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2　　User: Randi　　Page 1 of 1　　Date Rcvd: Jun 26, 2018  
　　　　　　　　　　　Form ID: pdf900　Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2018.
db　　　　　+Doreen Stoia,　 3631 Nancy Ward Ct.,　 Doylestown, PA 18902-9041

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
　　　　　　　　　　　E-mail/PDF: resurgentbknotifications@resurgent.com Jun 27 2018 02:50:34　　CACH LLC,　　Resurgent Capital Srvs.,　 Deanna Gambrell, Claims Processor,　 PO Box 10587,　 Greenville, SC　29603-0587
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 1

　　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2018　　　　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2018 at the address(es) listed below:
　　　　　JEROME B. BLANK　　on behalf of Creditor　 The Bank Of New York Mellon et al paeb@fedphe.com
　　　　　JOSEPH ANGEO DESSOYE　　on behalf of Creditor　 The Bank Of New York Mellon et al paeb@fedphe.com
　　　　　MATTEO SAMUEL WEINER　　on behalf of Creditor　 Ditech Financial LLC bkgroup@kmllawgroup.com
　　　　　THOMAS I. PULEO　　on behalf of Creditor　 Ditech Financial LLC tpuleo@kmllawgroup.com,　 bkgroup@kmllawgroup.com
　　　　　THOMAS YOUNG.HAE SONG　　on behalf of Creditor　 The Bank Of New York Mellon et al paeb@fedphe.com
　　　　　United States Trustee　　USTPRegion03.PH.ECF@usdoj.gov
　　　　　WILLIAM C. MILLER, Esq.　　ecfemails@ph13trustee.com,　 philaecf@gmail.com
　　　　　ZACHARY PERLICK　　on behalf of Debtor Doreen  Stoia Perlick@verizon.net,　 pireland1@verizon.net
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DOREEN STOIA | : | CHAPTER 13 |
| | : | |
| | : | |
| DEBTOR | : | Bankruptcy No. 17-14385AMC |

## ORDER

AND NOW, this 26th day of June, 2018, after consideration of Debtor's Objection to the Proof of Claim filed by CACH, LLC, and after notice and opportunity to be heard, it is hereby

ORDERED that the Proof of Claim filed by CACH, LLC is disallowed as filed, and ORDERED that the claim is disallowed.

_____
THE HONORABLE ASHELY M. CHAN

service list:
Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA 19102

William C. Miller, Esquire
1234 Market Street
Suite 1813
Philadelphia, PA 19107

CACH, LLC
Resurgent Capital Services
Deanna Gambrell, Claims Processor
PO Box 10587
Greenville, SC 29603-0587

DOREEN STOIA
3631 Nancy Ward Ct.
Doylestown, PA 18902