United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 17-14385-amc
Doreen Stoia                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Randi            Page 1 of 2           Date Rcvd: Aug 23, 2018
                             Form ID: 152           Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2018.
```
db          +Doreen Stoia,    3631 Nancy Ward Ct.,    Doylestown, PA 18902-9041
13940748   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank of America,    PO Box 982235,    El Paso, TX 79998)
13971352    Bank Of America, N.A.,    PO BOX 31785,    Tampa, FL 33631-3785
13940749   +Bucks County Water & Sewer Auth.,    1275 Almshouse Rd.,    Warrington, PA 18976-1295
14008698    CACH, LLC its successors and assigns as assignee,    of Synchrony Bank,
             Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13963049   +Ditech Financial LLC,    c/o Matteo S. Weiner, Esq.,    KML Law Group PC,
             701 Market St., Ste. 5000,    Phila., PA 19106-1541
13940750    Ditech Financial, LLC,    PO Box 6172,    Bovey, MN 55709
13971396    The Bank Of New York Mellon et al,    Bank of America,    PO Box 31785,    Tampa, FL, 33631-3785
13946778   +The Bank of NY Mellon,    c/o Joseph A. Dessoye, Esq.,    Phelan Hallinan Diamond & Jones LLP,
             1617 JFK Blvd., Ste. 1400,    One Penn Ctr. Plaza,    Phila., PA 19103-1823
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: megan.harper@phila.gov Aug 24 2018 01:25:10      City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA 19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 24 2018 01:24:57
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA 17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 24 2018 01:25:07      U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13950524    E-mail/Text: bankruptcy.bnc@ditech.com Aug 24 2018 01:24:49
             Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
             Rapid City, South Dakota 57709-6154
13940751    E-mail/Text: cio.bncmail@irs.gov Aug 24 2018 01:24:48      Internal Revenue Service,
             Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
14001326    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 24 2018 01:27:44
             Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13941416   +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 24 2018 01:38:34
             PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13947899   +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 24 2018 01:38:35      T Mobile/T-Mobile USA Inc,
             by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
13984149   +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 24 2018 01:38:43      Verizon,
             by American InfoSource LP as agent,    4515 N. Santa Fe Avenue,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 9
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13949851*  ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank of America,    PO Box 982235,    El Paso, TX 79998)
13951091*  ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank of America,    PO Box 982235,    El Paso, TX 79998)
13949852*  +Bucks County Water & Sewer Auth.,    1275 Almshouse Rd.,    Warrington, PA 18976-1295
13951092*  +Bucks County Water & Sewer Auth.,    1275 Almshouse Rd.,    Warrington, PA 18976-1295
13949853*   Ditech Financial, LLC,    PO Box 6172,    Bovey, MN 55709
13951093*   Ditech Financial, LLC,    PO Box 6172,    Bovey, MN 55709
13949854*   Internal Revenue Service,    Centralized Insolvency Operation,    PO Box 7346,
             Philadelphia, PA 19101-7346
13951094*   Internal Revenue Service,    Centralized Insolvency Operation,    PO Box 7346,
             Philadelphia, PA 19101-7346
                                                                                 TOTALS: 0, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2           User: Randi                  Page 2 of 2                   Date Rcvd: Aug 23, 2018
                               Form ID: 152                 Total Noticed: 18
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2018 at the address(es) listed below:
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JEROME B. BLANK    on behalf of Creditor    The Bank Of New York Mellon et al paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    The Bank Of New York Mellon et al paeb@fedphe.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    The Bank Of New York Mellon et al paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              ZACHARY   PERLICK    on behalf of Debtor Doreen   Stoia Perlick@verizon.net,  pireland1@verizon.net
                                                                                             TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Doreen Stoia

    Debtor(s)

Case No: 17−14385−amc

Chapter: 13

___

## *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 10/30/18 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107


For The Court

Timothy B. McGrath
Clerk of Court

67
Form 152