# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:                                                                       Case No. 17-14385-amc
Doreen Stoia                                                                 Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi              Page 1 of 1         Date Rcvd: Nov 09, 2018
                       Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2018.
db             +Doreen Stoia,    3631 Nancy Ward Ct.,    Doylestown, PA 18902-9041

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2018 at the address(es) listed below:
      JACK K. MILLER     on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com, ecfemails@ph13trustee.com
      JEROME B. BLANK    on behalf of Creditor    The Bank Of New York Mellon et al paeb@fedphe.com
      JOSEPH ANGEO DESSOYE    on behalf of Creditor    The Bank Of New York Mellon et al paeb@fedphe.com
      MATTEO SAMUEL WEINER     on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
      THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      THOMAS YOUNG.HAE SONG     on behalf of Creditor    The Bank Of New York Mellon et al paeb@fedphe.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
      ZACHARY   PERLICK    on behalf of Debtor Doreen  Stoia Perlick@verizon.net,  pireland1@verizon.net
                                                                                                      TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | DOREEN STOIA | : | CHAPTER 13 |
| | | : | |
| | | : | |
| | DEBTOR | : | BANKRUPTCY No. 17-14385 AMC |

### ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee award: | $4,500.00 |
| Total expense cost: | $   51.00 |
| Attorney fee already paid by Debtor | $1,000.00 |
| Net amount to be paid by Trustee | $3,551.00 |

The net amount is to be paid by the Trustee to Zachary Perlick, Esquire, from available funds in the Debtor's estate.

BY THE COURT:

_____
THE HONORABLE ASHELY M. CHAN

Dated: **November 9, 2018**