**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| DOREEN STOIA | BK. No. 17-14385 AMC |
|     Debtor | |
| | Chapter No. 13 |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE FOR THE CWABS REVOLVING HOME EQUITY LOAN TRUST, SERIES 2004-E | |
|     Movant | |
|     v. | |
| DOREEN STOIA | |
|     Respondent | |

## PRAECIPE TO WITHDRAW THE NOTICE OF POSTPETITION FEES

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

    Kindly withdraw the Notice of Postpetition Fees, filed on January 29, 2018, Claim #5.

                                         Respectfully submitted,

                                         /s/ Thomas Song, Esquire
                                         Thomas Song, Esq., Id. No.89834
                                         Phelan Hallinan Diamond & Jones, LLP
                                         1617 JFK Boulevard, Suite 1400
                                         One Penn Center Plaza
                                         Philadelphia, PA 19103
                                         Phone Number: 215-563-7000 Ext 31387
                                         Fax Number: 215-568-7616
                                         Email: Thomas.Song@phelanhallinan.com

March 1, 2019

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | | BK. No. 17-14385 AMC |
| **DOREEN STOIA** | | |
| Debtor | : | Chapter No. 13 |
| | : | |
| **THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE FOR THE CWABS REVOLVING HOME EQUITY LOAN TRUST, SERIES 2004-E** | : : : : : : | |
| Movant | : | |
| v. | : | |
| **DOREEN STOIA** | | |
| Respondent | | |

## CERTIFICATE OF SERVICE OF THE PRAECIPE TO WITHDRAW THE NOTICE OF POSTPETITION FEES

I certify under penalty of perjury that I served or caused to be served the above captioned pleading Praecipe to Withdraw the Notice of Postpetition Fees on the parties at the addresses shown below or on the attached list on March 4, 2019.

WILLIAM C. MILLER, ESQUIRE (TRUSTEE)
P.O. BOX 1229
PHILADELPHIA, PA 19105

DOREEN STOIA
6341 MUSKET COURT
BENSALEM, PA 19020-1913

ZACHARY PERLICK, ESQUIRE
1420 WALNUT STREET, SUITE 718
PHILADELPHIA, PA 19102

DOREEN STOIA
3631 NANCY WARD COURT
DOYLESTOWN, PA 18902

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."

/s/ Thomas Song, Esquire
Thomas Song, Esq., Id. No.89834
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31387
Fax Number: 215-568-7616
Email: Thomas.Song@phelanhallinan.com

March 4, 2019