Certificate Number: 05781-PAE-DE-036371242

Bankruptcy Case Number: 17-14385



05781-PAE-DE-036371242

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 3, 2022, at 2:36 o'clock PM PST, Doreen Stoia completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   March 3, 2022             By:    /s/Allison M Geving

                                  Name:  Allison M Geving

                                  Title: President