United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Doreen Stoia

    Debtor

Case No. 17-14385-mdc

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 22, 2022 | Form ID: 3180W | Total Noticed: 14 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Doreen Stoia, 3631 Nancy Ward Ct., Doylestown, PA 18902-9041 |
| 13940749 | + | Bucks County Water & Sewer Auth., 1275 Almshouse Rd., Warrington, PA 18976-1295 |
| 14659028 | | J.P. Morgan Mortgage Acquisition Corp, Shellpoint Mortgage Servicing, Bankruptcy Department, PO Box 10826, Greenville, SC 29603-0826 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 22 2022 23:55:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Apr 23 2022 03:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 22 2022 23:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 22 2022 23:55:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13971352 | | EDI: BANKAMER.COM | Apr 23 2022 03:58:00 | Bank Of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14008698 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 23 2022 00:00:05 | CACH, LLC its successors and assigns as assignee, of Synchrony Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13940751 | | EDI: IRS.COM | Apr 23 2022 03:58:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14001326 | | EDI: PRA.COM | Apr 23 2022 03:58:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13947899 | + | EDI: AIS.COM | Apr 23 2022 03:58:00 | T Mobile/T-Mobile USA Inc, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14279674 | | EDI: BANKAMER.COM | Apr 23 2022 03:58:00 | THE BANK OF NEW YORK MELLON FKA THE BANK, Bank of America, PO BOX 31785, Tampa FL 33631-3785 |
| 13971396 | | EDI: BANKAMER.COM | Apr 23 2022 03:58:00 | The Bank Of New York Mellon et al, Bank of America, PO Box 31785, Tampa, FL, 33631-3785 |
| 13984149 | + | EDI: AIS.COM | Apr 23 2022 03:58:00 | Verizon, by American InfoSource LP as agent, 4515 N. Santa Fe Avenue, Oklahoma City, OK 73118-7901 |

District/off: 0313-2      User: admin      Page 2 of 2

Date Rcvd: Apr 22, 2022      Form ID: 3180W      Total Noticed: 14

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2022      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2022 at the address(es) listed below:

**Name**      **Email Address**

HAROLD N. KAPLAN
on behalf of Creditor New Residential Mortgage LLC hkaplan@rasnj.com

JACK K. MILLER
on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com

JEROME B. BLANK
on behalf of Creditor The Bank Of New York Mellon et al paeb@fedphe.com

JOSEPH ANGEO DESSOYE
on behalf of Creditor The Bank Of New York Mellon et al paeb@fedphe.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN G. MCDONALD
on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com

MATTEO SAMUEL WEINER
on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

THOMAS SONG
on behalf of Creditor BANK OF AMERICA N.A. tomysong0@gmail.com

THOMAS SONG
on behalf of Creditor The Bank Of New York Mellon et al tomysong0@gmail.com

THOMAS I. PULEO
on behalf of Creditor Ditech Financial LLC tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

ZACHARY PERLICK
on behalf of Debtor Doreen Stoia Perlick@verizon.net pireland1@verizon.net

TOTAL: 14

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Doreen Stoia | Social Security number or ITIN  xxx–xx–3684 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Eastern District of Pennsylvania

Case number:  17–14385–mdc

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Doreen Stoia

4/21/22

**By the court:** Magdeline D. Coleman
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                **Chapter 13 Discharge**                page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---